IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>BROADCOM SINGAPORE PTE., LTD., BROADCOM INC., AND BROADCOM CORP.,<br><br>   Defendants. | CIVIL ACTION NO. 4:22-cv-477-ALM<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Under Local Rule CV-7(e), Plaintiff American Patents LLC ("American") respectfully submits this Unopposed Motion to Extend Deadline to Respond to Defendants' Motion to Dismiss. American's counsel reached out to counsel for Defendants to request a two-week extension of time to respond to Defendants' motion. Defendants do not oppose the requested extension. This motion is made for good cause and not for purposes of delay.

Accordingly, American requests a two-week extension up to and including September 13, 2022, to consider and respond to the Motion to Dismiss filed by Defendants Broadcom Inc., Broadcom Corp., and Broadcom Singapore Pte., Ltd.

| | |
|---|---|
| Dated: August 23, 2022 | Respectfully submitted,<br><br>/s/ *Zachariah S. Harrington*<br>Matthew J. Antonelli<br>Texas Bar No. 24068432<br>matt@ahtlawfirm.com<br>Zachariah S. Harrington<br>Texas Bar No. 24057886 |

zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for American Patents have conferred with counsel for Defendants Broadcom Singapore Pte., Ltd., Broadcom Inc., and Broadcom Corp., who confirms that they are not opposed to this motion.

By:/s/ *Zachariah S. Harrington*
Zachariah S. Harrington

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronics service are being served with a copy of this document via the Court's CM/ECF system on August 23, 2022.

By:/s/ *Zachariah S. Harrington*
Zachariah S. Harrington